**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**In Re:**
**Jose A. German**
**SSN: XXX-XX-1352**
**Maria German**
**SSN: XXX-XX-2673**

**PROCEEDINGS UNDER CHAPTER 13**
**CASE NO.: 16-20626- BKC- RBR**

**Debtors /**

**NOTICE OF FILING CERTIFICATION OF FUNDS BEING HELD BY ATTORNEY**

COMES NOW THE ATTORNEY FOR THE DEBTOR(S)**, Jose A. German and Maria German**, and files this Certification of Funds being held by attorney in this bankruptcy cause and states:

1. I certify that funds sufficient to make debtors current under the chapter 13 plan in the amount of $12550.27 are being held by the undersigned attorney in certified funds made payable to the Trustee.

I Hereby Certify that I am admitted to the Bar of the United States District Court for the Southern District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in the Court set forth in Local Rule 2090-1 (A).

Submitted By:

**Law Offices of Patrick L Cordero, Esq.**
Attorney for Debtor
7333 Coral Way
Miami, Florida 33155
Tel: (305) 445-4855

/s/ (FILED CM/ECF)
PATRICK L. CORDERO, ESQ.
FL Bar No. 801992